UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 17 P 4: 19

| | | |
|---|---|---|
| MOMPOINT VERLAINE,<br>    Plaintiff,<br>v.<br><br>INS,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: | 3:03cv346(WWE) |

### Order

In his "Petition for Writ of Mandamus," petitioner requests immediate release pending deportation, which the Court construes as a request for a bond hearing.

The Court orders the respondent to file a response to this request within 30 days of this order's filing date. Petitioner will then have 15 days to file a response to respondent's brief.

SO ORDERED this 17th of October, 2003 in Bridgeport, Connecticut.

/s/ WARREN EGINTON
WARREN W. EGINTON
SENIOR U.S. DISTRICT JUDGE