UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

VERLAINE MOMPOINT

v.  3:03CV346 WWE

IMMIGRATION & NATURALIZATION

## JUDGMENT

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of a petition for writ of mandamus.

The Court reviewed all of the papers filed in conjunction with the petition and on December 3, 2003, entered a Ruling on Petition for Writ of Mandamus denying the petition.

Therefore, it is ORDERED and ADJUDGED that the petition for writ of mandamus is denied and the case is closed.

Dated at Bridgeport, Connecticut, this 11th day of December, 2003.

KEVIN F. ROWE, Clerk

By  /s/
   Chrystine W. Cody
   Deputy-in-Charge

Entered on Docket _____