UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT U.S. DISTRICT COURT

APR 19 2004

Mr. Verlaine, Mompoint

V.

INS

Case Number: 3:03cv346 (WWE)
A-30152332

## Motion To Ammend and Expand Arguments

Sir.

   I file the above moion to enable me to argue indetail my eligibility for reliefs of **(212 C)** and of citizen ship. My first ground of argument is,
my mother brounght me to the U.S.A under her sole custody and became a U.S Citizen when I was Eleven (11 years old ). Which makes me a derive in Citizen Under my mother sponsonship under INA.

Secondly I admit to commiting crimes but as documents proof that, I had completed all necessary drug program at Carl Robinson crcl tier four program to rehabilitate myself over rides the provision which subjects other un rehabilitated offenders deportable,
and with all these facts infront of the howourable court, I conclude that the court restores my reliefs of 212 and citizen ship respectively as I will be treated with justice if the respondent's request is granted.

Your's faithfully

Sign: _____
MR. Mompoint Verlaine

## Certificate Of service

    This is to cartify that a copy of the following had been mail to asst U.S attorney of office at U.S.D.C of Brigdeport Connecticut at

915 Lafayette Blvd.
Bridgeport CT. 06604

By legal mail on the date : 4/13 /2004.

Sign: _____
Mr. Mompoint VERLAINE

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT U.S. DISTRICT COURT

Mr. Verlaine, Mompoint

V.

INS

Case Number : A-30152332

## Motion To Ammend and Expand Arguments

Sir.

    I file the above moion to enable me to argue indetail my eligibility for reliefs of **(212 C)** and of citizen ship. My first ground of argument is, my mother brounght me to the U.S.A under her sole custody and became a U.S Citizen when I was Eleven (11 years old ). Which makes me a derive in Citizen Under my mother sponsonship under INA.

Secondly I admit to commiting crimes but as documents proof that, I had completed all necessary drug program at Carl Robinson crcl tier four program to rehabilitate myself over rides the provision which subjects other un rehabilitated offenders deportable, and with all these facts infront of the howourable court, I conclude that the court restores my reliefs of 212 and citizen ship respectively as I will be treated with justice if the respondent's request is granted.

Your's faithfully

Sign : _Mr. Mompoint Verlie_
MR. Mompoint VERlaine

## Certificate Of service

    This is to cartify that a copy of the following had been mail to asst U.S attorney of office at U.S.D.C of Brigdeport Connecticut at

915 Lafayette Blvd.
Bridgeport CT. 06604

By legal mail on the date : 4/13 /2004.

Sign: _____
MR. mompoint VERlaiNE