# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT U.S. DISTRICT COURT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT

4/19/04

Kevin F Rowe, Clerk

By: Tiffany L. Burr
Deputy Clerk

Case Number: 3:03cv346 (WWE)
A-30152332

Mr. Verlaine, Mompoint

V.

INS

### Motion To Ammend and Expand Arguments

Sir.

I file the above moion to enable me to argue indetail my eligibility for reliefs of (212 C) and of citizen ship. My first ground of argument is, my mother brounght me to the U.S.A under her sole custody and became a U.S Citizen when I was Eleven (11 years old). Which makes me a derive in Citizen Under my mother sponsonship under INA.

Secondly I admit to commiting crimes but as documents proof that, I had completed all necessary drug program at Carl Robinson crcl tier four program to rehabilitate myself over rides the provision which subjects other un rehabilitated offenders deportable, and with all these facts infront of the howourable court, I conclude that the court restores my reliefs of 212 and citizen ship respectively as I will be treated with justice if the respondent's request is granted.

Your's faithfully

Sign: Mr. Mompoint Verlaine
MR. Mompoint Verlaine

[Margin annotation: The Court construes this motion as a motion for reconsideration, which motion the Court hereby GRANTS. Upon review, the Court adheres to its previous ruling. WARREN W. EGINTON, SENIOR USDJ 5/6/04]

[Stamp: FILED 2004 MAY -6 U.S. DISTRICT COURT BRIDGEPORT]
[Stamp: APR 19 2004]

Your's faithfully

Sign: Mr. Mompoint Verlaine
MR. Mompoint Verlaine