# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT U.S. DISTRICT COURT

FILED

2004 JUN 23   A 11: 57

Case Number: 3:03CV346 (WWE)

MR. MOMPOINT, VERLAINE

v.

HOME LAND SECURITY
( I. N .S)

## MOTION TO RECEIVE ALL LEGAL DOCUMENTS

    I, Mr. Verlaine, Mompoint is Requesting for all Copies of my Legal Documents. I was moved from Corrigan C.I. which is at Norwich, Connecticut. On the 2/18/04. I did not receive none of my legal Documents. In order to know what is going on with my Habeas Corpus. I do not know my legal status.

    There fore I Request the Honorable Courts to grant me all my legal Documents, State and Federal.

Due to the fact that I am at; <u>Massachusetts Office of the Sheriff Franklin County at 160 Elm Street, Greenfield Ma, 01301.</u>

I was sanded here without my legal papers. There for I can not fight my case without my legal papers. By law I should have my legal work. Thank you!

Yours Faithfully

Sign: _Mr. Verlaine Mompoint_ 5-27-04
Mr. Verlaine, Mompoint

## Certificate of service

*This is to certify that a copy of the following had been mail to Asst. US attorney of the office at*

*U.S.D.C of Bridgeport Connecticut at 915 Lafayette Blvd. Bridgeport CT. 06604*

By Legal mail on the date; 06/20/04 8:01:36 PM

Sign;- _____